

**FILED**

05/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 19-0677

# IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 19-0677

**FILED**

MAY 1 1 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

PUBLIC REPRIMAND AND SUSPENSION
UNDER RULE 10(G) OF THE JUDICIAL
STANDARDS PROCEDURAL RULES

PROCEEDING
IN PUBLIC
REPRIMAND

CHIEF JUSTICE McGRATH:  This is the time and date set for the public reprimand of District Judge Raymond Dayton.

Judge Dayton, if you will now come to the well of the Court in front of the rostrum, we will proceed with your public reprimand.

This proceeding is based on a formal disciplinary complaint filed against you with the Judicial Standards Commission in August 2022.  The complaint is based on your actions and public comments made in a public hallway in the Anaconda-Deer Lodge County courthouse on August 11, 2022.  Specifically you made highly inappropriate comments of a sexual nature about a witness in a matter pending in your court and in a related matter in the Justice Court.  Your comments were made to the Justice of the Peace following a hearing in the Justice Court and overheard by court personnel.  As recounted by these witnesses, your comments were offensive to women and highly derogatory toward a witness in both court proceedings.  The comments indicate your lack of respect not only for the witness, but the ongoing legal process as well.  Your conduct undermines the integrity of the office you hold.

You have stipulated that your actions and comments in that matter violated Rule 1.2 of the Code of Judicial Conduct, which requires a judge to act in a manner that promotes public confidence in the judiciary.  This public reprimand is being delivered today in

accordance with our Opinion and Order dated May 2, 2023, in which you were also suspended from office for 30 days.

Rule 1.2 of the Code of Judicial Conduct requires judges to act in a manner that promotes public confidence in the independence, integrity, and impartiality of the judiciary, and avoids the appearance of impropriety. We have determined that your conduct has eroded public confidence in the judiciary and created an appearance of impropriety in violation of the Montana Code of Judicial Conduct.

Judge Dayton, we hereby impose upon you the public reprimand of this Court.

This Proceeding in Public Reprimand will be filed with the Clerk of the Supreme Court and copies shall be delivered to you, Judge Dayton, and to the members of the Judicial Standards Commission.

DATED this 11th day of May, 2023.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices